**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

United States District Court
Southern District of Texas
FILED

SEP 22 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-080 |
| | § | (Claim Nos 79013/79016) |
| | § | |
| BEVERLY J. MARTINEZ, | § | |
| | § | |
| Defendant. | § | |

# MOTION TO DISMISS WITHOUT PREJUDICE

To the Honorable United States District Judge :

COMES NOW, the UNITED STATES OF AMERICA ("USA"), Plaintiff in the above entitled and numbered cause of action, and asks the Court for an Order Dismissing its claims filed against Defendant, Beverly J. Martinez without prejudice, and would respectfully show the Court that USA has been unsuccessful in the location of and service upon the Defendant.

WHEREFORE, PREMISES CONSIDERED, USA requests that this Court enter an Order Dismissing all claims against Beverly J. Martinez, without prejudice to USA's right to refile same and that all costs of Court and attorney's fees are to be borne by the party or parties incurring same.

Respectfully submitted,

By: _____

M. H. Cersonsky, TBA#04048500,
U.S. Southern Dist. No.: 5082
5065 Westheimer, Ste. 600
Houston, Texas  77056
Tel. (713)840-1492/Fax (713)840-0038
**Attorney for United States of America**

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

3.

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

UNITED STATES OF AMERICA,                    §
                                             §
          Plaintiff,                         §
                                             §
VS.                                          §          CIVIL ACTION NO. C-00-080
                                             §          (Claim Nos 79013/79016)
                                             §
BEVERLY J. MARTINEZ,                         §
                                             §
          Defendant.                         §

## ORDER OF DISMISSAL

ON THIS DAY, came on to be heard Plaintiff's, USA's, Motion to Dismiss claim Against Beverly

J. Martinez without Prejudice to USA's right to refile same, and after due consideration, the Court notes that

Plaintiff's attorneys announced that it has been unsuccessful in the location of and service upon the

Defendant and that said Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and

fees assessed against the party incurring same.

SIGNED _____ , 2000, at Corpus Christi, Texas.


_____
United States District Judge